| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2005 | Report Required by the Ethic<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Nickerson, William M | 2. Court or Organization<br><br>Maryland | 3. Date of Report<br><br>5/11/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior St | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br><br>Baltimore MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   12/6/93 | State of Md. Judicial Pension Plan; |

RECEIVED 2006 JUN -9 A 11: 20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan (see also VIII) | $25,808.94 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 5/11/2006 ~~4/21/2005~~ |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel Corp. cmn | C | Dividend | M | T | partial sale | 12/12 | J | | |
| 2. Wyeth cmn | A | Dividend | K | T | | | | | |
| 3. Bristol Myers Squibb cmn | B | Dividend | K | T | partial sale | 12/12 | J | | |
| 4. Chevron Texaco Corp. formerly Chevron Corp. cmn | A | Dividend | K | T | | | | | |
| 5. Coca Cola Co. cmn | B | Dividend | L | T | | | | | |
| 6. Colgate Palmolive Co. cmn | B | Dividend | K | T | | | | | |
| 7. Diamond Offshore Drilling Co. cmn | A | Dividend | J | T | | | | | |
| 8. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 9. Equifax Inc. cmn | A | Dividend | K | T | | | | | |
| 10. General Electric Co. cmn | B | Dividend | L | T | | | | | |
| 11. General Mills Inc. cmn | A | Dividend | K | T | | | | | |
| 12. Johnson & Johnson cmn | B | Dividend | L | T | | | | | |
| 13. Merck & Co., Inc. cmn | A | Dividend | K | T | | | | | |
| 14. Motorola, Inc. cmn | A | Dividend | J | T | | | | | |
| 15. Pitney Bowes, Inc. cmn | A | Dividend | K | T | | | | | |
| 16. Procter & Gamble Co. cmn | A | Dividend | J | T | | | | | |
| 17. Mutual Shares Fund | A | Dividend | K | T | | | | | |
| 18. T. Rowe Price Equity Income Fd. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 5/11/2006 4/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. T.R.P. Spectrum Growth Fd. | A | Dividend | K | T | | | | | |
| 20. T.R.P. Tax Free Income Fd. | B | Dividend | K | T | | | | | |
| 21. Constellation Energy cmn | A | Dividend | J | T | | | | | |
| 22. Cheesecake Factory Inc. cmn | | None | K | T | | | | | |
| 23. Jones Apparel Grp cmn | | None | K | T | | | | | |
| 24. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 25. T.R.P. Science & Tech. Fd. | | None | J | T | | | | | |
| 26. T.R.P. Tax Exempt M/M | B | Dividend | L | T | | | | | |
| 27. JP Morgan Trust | A | Distribution | P1 | T | see VIII | | | | |
| 28. - Chase Market Rate Acct | | | | | | | | | |
| 29. - Verizon Communications | | | | | | | | | |
| 30. - Chevron Texaco Corp (formerky Chevron Corp) | | | | | | | | | |
| 31. - Dow Chemical | | | | | | | | | |
| 32. - Gen Elect Co | | | | | | | | | |
| 33. - Exxon Mobil Corp | | | | | | | | | |
| 34. - J P Morgan Core Bond Sel Fid Fund | | | | | | | | | |
| 35. - Altria Group, Inc. | | | | | | | | | |
| 36. - American Electric Power Co, Inc. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 5/11/2006 ~~4/21/2005~~ |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption). | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Bank of America Corp New | | | | | | | | | |
| 38. - Bristol Meyers Squibb Co | | | | | | | | | |
| 39. - Citigroup Inc. | | | | | | | | | |
| 40. - Consolidated Edison, Inc. | | | | | | | | | |
| 41. - Dominion Resources Inc VA | | | | | | | | | |
| 42. - Eastman Chemical Co | | | | | | | | | |
| 43. - Scana Corp | | | | | | | | | |
| 44. - Washington Mut Inc. | | | | | | | | | |
| 45. - Bank of America 3.875% 1/15/08 | | | | | | | | | |
| 46. - DuPont Ei De Nemour 3.375% 11/15/07 | | | | | | | | | |
| 47. - FNMA 2.875% 10/15/05 | | | | | | | | | |
| 48. - FNMA 3.375% 12/15/08 | | | | | | | | | |
| 49. -- Merrill Lynch MTN 4.125% 1/15/09 | | | | | | | | | |
| 50. - Morgan Stanley 4.25% 5/15/10 | | | | | | | | | |
| 51. - US Treasury NT 2% 5/15/06 | | | | | | | | | |
| 52. - US Treasury NT 2.375% 8/15/06 | | | | | | | | | |
| 53. Dell, Inc. Cmn | | None | J | T | | | | | |
| 54. Exxon Mobil Corp cmn | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 5/11/2006 ~~4/21/2005~~ |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 55. Intel Corp cmn | A | Dividend | J | T | | | | | |
| 56. Mercantile Bkshrs cmn | A | Dividend | K | T | | | | | |
| 57. Microsoft Corp cmn | A | Dividend | J | T | | | | | |
| 58. T. Rowe Price Inc. cmn | A | Dividend | K | T | | | | | |
| 59. Zebra Tech cmn | | None | K | T | | | | | |
| 60. E Digital Corp cmn | | None | | | sell | 7/12 | J | A | |
| 61. Enron Corp cmn | | None | J | T | | | | | |
| 62. T.R.P. Tax Effct Growth Fd | A | Dividend | K | T | | | | | |
| 63. OCA, Inc. Formerly Ortho Ctrs America cmn | | None | J | T | | | | | |
| 64. Pfizer Inc cmn | A | Dividend | K | T | | | | | |
| 65. Wal-Mart Stores cmn | A | Dividend | K | T | | | | | |
| 66. Lucent Tech cmn | A | Dividend | J | T | | | | | |
| 67. Certegy Inc. cmn | A | Dividend | K | T | partial sale | 12/12 | J | A | |
| 68. Avaya Inc. cmn | | None | | | sell | 7/12 | J | A | |
| 69. Imagistics Int'l. cmn | | None | | | sell | 7/13 | J | Gain | |
| 70. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 71. Monsanto Co. Cmn | A | Dividend | J | T | | | | | |
| 72. Agere Sys Inc. Cl A | | None | | | sell | 7/12 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Agere Sys Inc Cl B | | None | | | sell | 5/31 | J | A | |
| 74. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 75. Medcohealth Solutions, Inc. cmn | | None | J | T | | | | | |
| 76. W.P. Stewart Growth Fund, Inc. | D | Dividend | M | T | | | | | |
| 77. Freescale Semiconductor, Inc. Cl B | | None | J | T | | | | | |
| 78. Massachusetts Mutual Ins. Co. - whole life policy | C | Dividend | K | T | | | | | |
| 79. Ameriprise Trust Co. ACF.... IRA | | | | | | | | | |
| 80. - AMEX Insd. M/M acct. | A | Dividend | K | T | | | | | |
| 81. - Columbia Acorn Fd. - A | A | Dividend | L | T | | | | | |
| 82. - Riversource Diversified Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 83. - Riversource High Yield Bd. Fd. Cl A | B | Dividend | K | T | | | | | |
| 84. - Riversource Large Cap Equity Cl A | A | Dividend | K | T | | | | | |
| 85. - Fidelity ADV Mid Cap Fd. Cl T | | None | K | T | | | | | |
| 86. - Oppenheimer Global Opp. Fd. | A | Dividend | K | T | | | | | |
| 87. - Van Kampen Global Franchise Cl A | A | Dividend | K | T | | | | | |
| 88. - First Trust Unit 822 Dow Target | A | Dividend | L | | sell | 3/10 | L | B | |
| 89. - I Shares MSCI Emerging Mkts. | A | Dividend | J | T | | | | | |
| 90. - I Shares Russell 1000 Value | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - I Shares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 92. - I Shares S&P Europe 350 Index | | None | K | T | | | | | |
| 93. - I Shares S&P Midcap400 Barra Growth Index Fd. | A | Dividend | L | T | | | | | |
| 94. - I Shares S&P Midcap 400 Barra-Value Index Fd. | A | Dividend | K | T | | | | | |
| 95. - I Shares S&P Smallcap 600 Index Fd. | A | Dividend | L | T | | | | | |
| 96. - Morgan Stanley Capital Trust V | A | Dividend | K | T | buy | 1/25 | K | | |
| 97. - Morgan Stanley Capital Trust V | A | Dividend | K | T | buy | 1/25 | K | | |
| 98. Riversource Fundamental Val-A Fd. | A | Dividend | K | T | | | | | |
| 99. Riversource Intl Sel Val-A Fund | A | Dividend | J | T | | | | | |
| 100. Columbia Mid Cap Value -A Fund | A | Dividend | J | T | | | | | |
| 101. Columbia Small Cap Value A Fund | | None | K | T | | | | | |
| 102. Fidelity Advisor Mid Cap II-A Fd. | | None | J | T | | | | | |
| 103. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 104. Oppenheimer Developing Mkts. - A Fund | A | Dividend | J | T | buy | 3/29 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nickerson, William M | 5/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

27. Chase Manhattan Bank - name change to JP Morgan Trust

34. JP Morgan Bond Fund II converted to JP Morgan Core Bond Sel. Fid. Fund

79. American Express Trust Co. name change to Ameriprise;
    Assets 80. To 97. Are held in this IRA.

82. To 84. And 98. And 99. -  AXP name change to Riversource

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nickerson, William M | 5/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

6/08/06    *DUPLICATE ORIGINAL*

Date _____ **5/11/2006** _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544